UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| SecuritySmart Solutions, LLC, ) | |
| Charles Stearns (Member), ) | |
| ) | |
| Respondent. ) | |

## **DECLARATION OF YOLANDA CLARK**

I, Revenue Officer Yolanda Clark, declarant herein declares:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division of the Internal Revenue Service at 801 Broadway, Room 149, MDP 47, Nashville, Tennessee, 37203.

2. In my capacity as a Revenue Officer, I am conducting an investigation into the collection of tax liability of SecuritySmart Solutions LLC, for the taxable annual periods ended December 31, 2019, and December 31, 2020, December 31, 2021, and December 31, 2022 and taxable quarterly periods ended June 30, 2020, September 30, 2020, December 31, 2020, March 31, 2021, June 30, 2021, September 30, 2021, December 31, 2021, March 31, 2022, June 30, 2022, December 31, 2022, March 31, 2023, September 30, 2023, December 31, 2023, and March 31, 2024.

3. In furtherance of the above investigation and in accordance with Section 7602 of Title 26, U.S.C., I, Revenue Officer Yolanda Clark, issued on February 20, 2025, an administrative summons, Internal Revenue Service Form 6639, to Charles Stearns, Sole Member

of SecuritySmart Solutions LLC, to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as **Exhibit A.**

4. In accordance with Section 7603 of Title 26, U.S.C., on March 03, 2025, I served an attested copy of the Internal Revenue Service summons described in Paragraph three above on the respondent, SecuritySmart Solutions LLC, by handing a copy in a sealed envelope to the person to whom directed, Charles Stearns, Sole Member of SecuritySmart Solutions LLC, at the last and usual place of abode, 2601 Elm Hill Pike, Suite D, Nashville, TN 37214, as evidenced in the certificate of service on page two of the summons.

5. On April 1, 2025, the respondent, Charles Stearns, Sole Member of SecuritySmart Solutions LLC, failed to appear in response to the summons. The respondent's refusal to comply with the summons continues to the date of this declaration.

6. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service. There is no Justice Department referral in effect within the meaning of Section 7602 of Title 26, U.S.C. with respect to the respondent.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to properly investigate the collection of the tax liability of SecuritySmart Solutions LLC, for the taxable annual periods ended December 31, 2019, and December 31, 2020, December 31,2021 and December 31, 2022, and taxable quarterly periods ended June 30, 2020, September 30, 2020, December 31, 2020, March 31, 2021, June 30, 2021, September 30, 2021, December 31, 2021, March 31, 2022, June 30, 2022, December

31, 2022, March 31, 2023, September 31, 2023, December 31, 2023, and March 31, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of September 2025.

*Yolanda Clark*
Yolanda Clark
IRS Revenue Officer