# Summons
## Collection Information Statement

In the matter of  SECURITYSMART SOLUTIONS LLC, 2601 ELM HILL PIKE STE D, NASHVILLE, TN 37214-3155

**Internal Revenue Service** *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED

**Industry/Area** *(Identify by number or name)*  Small Business / Self Employed

**Periods:**  See Attachment 1 to Summons Form 6637 for Period Information

### The Commissioner of Internal Revenue

**To:**  SECURITYSMART SOLUTIONS LLC

**At:**  2601 ELM HILL PIKE STE D,  NASHVILLE, TN  37214-3155

You are hereby summoned and required to appear before Y CLARK, an Internal Revenue Service officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to, all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period: SEE 9297 SUMMARY OF CONTACT

From 09/01/2024 To 03/01/2025

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, stored value cards, online and mobile accounts, virtual currency, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

### Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**
 801 BROADWAY,  MDP 49 ROOM 285,  NASHVILLE   TN  37203-3816  (615) 250-5362

**Place and time for appearance: At**  801 BROADWAY, MDP 49 ROOM 285, NASHVILLE, TN  37203-3816

on the  1st  day of  April  ,  2025  at  10:00  o'clock  a  m.

**Issued under authority of the Internal Revenue Code this  20th  day of  February ,  2025**

| Signature of issuing officer | Title |
|---|---|
| Y CLARK  *Y Clark* | REVENUE OFFICER |
| Signature of approving officer *(if applicable)*  *O. Kolisnykov* | Title |
| | Acting General manager |

Form **6637** (Rev 6-2020)       Catalog Number 25000Q        publish.no.irs.gov        Department of the Treasury – Internal Revenue Service
**Original**   to be kept by IRS

# Certificate of Service of Summons

Pursuant to section 7603 Internal Revenue Code

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| 3·3·2025 | 1:39 PM |

**How Summons Was Served**

☑ 1 I handed an attested copy of the summons to the person to whom it was directed

Charles Stearns

☐ 2 I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed
I left the copy with the following person *(if any)*

| Signature | Title |
|-----------|-------|
| *[signature]* | Revenue Officer |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|-----------|-------|
| *[signature]* | Revenue Officer |

Form 6637 (Rev 6-2020)          Catalog No. 25000Q          publish.no irs.gov          Department of the Treasury – Internal Revenue Service

## Attachment 1 to Summons Form 6637

In the matter of **SECURITYSMART SOLUTIONS LLC**

Period information: Form 940 for the calendar periods ending December 31, 2019, December 31, 2020, December 31, 2021 and December 31, 2022 and Form 941 for the quarterly periods ending June 30, 2020, September 30, 2020, December 31, 2020, March 31, 2021, June 30, 2021, September 30, 2021, December 31, 2021, March 31, 2022, June 30, 2022, December 31, 2022, March 31, 2023, September 30, 2023, December 31, 2023 and March 31, 2024

# Summary of Contact

| Taxpayer's Name and ID# | POA's-Representative Name |
|---|---|
| SECURITYSMART SOLUTIONS LLC , XX-XXX2048 | |

*Pursuant to Internal Revenue Code Section 6103 and Form 2848, a copy of this document will be provided to the taxpayer as appropriate.*

*In order to determine the appropriate resolution of the taxpayer's case, we need to calculate/verify his/her ability to pay the tax delinquencies, and ensure that the taxpayer remains in current compliance with applicable filing and paying requirements. To assist us in doing so, please provide the following information/documents by the date required:*

| Information/Documents required | Date Required |
|---|---|
| Federal Tax Deposit for 941 20503 1st QTR (Payments should be made every 2 weeks (Semi Weekly Depositor) | |
| Provide 941 tax returns for 2024 2nd and 3rd Qtrs , 4th Qtr | 01/03/2025 |
| Provide 940 tax return for 2023 | 01/03/2025 |
| Provide 1120 tax returns for 2019 and 2023 | 01/03/2025 |
| Provide 433B Collection Information Statement | 01/03/2025 |
| Provide all bank statements for the business and canceled checks from May 1, 2024- December 15, 2024 | 01/03/2025 |
| Provide all billing statements for all business expenses (utilities, cable, internet, insurance etc) | 01/03/2025 |
| Provide statements for Paypal, Cash App, Zelle and Venmo from May 1, 2024- December 15, 2024 | 01/03/2025 |
| Provide payroll of employees and their wages | 01/03/2025 |

**Notification of consequences of failure to meet the above deadlines:** Failure to meet the above deadlines by the specified date(s) may require the IRS to take certain actions, such as issuing a summons, issuing a Notice of Levy, or other actions as specified below

6020(b)
Exam
Levies
Liens filed

| Revenue Officer Name and Employee Identification Number | Date | Telephone / Fax Number |
|---|---|---|
| | | (615)250-5362 |
| Y CLARK - 1001703888 | 11/14/2024 | Fax - (855)296-7933 |

**Office Address**

801 BROADWAY MDP 49 ROOM 285 NASHVILLE, TN 37203-3816