UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> SecuritySmart Solutions LLC, ) <br> Charles Stearns (Member), ) <br> ) <br> Respondent. ) | Civil Action No. |

**ORDER**

It is hereby ORDERED that this action is assigned for a hearing to commence at _____, on _____, in Courtroom No. _____, Fred D. Thompson U.S. Courthouse and Federal Building, 719 Church Street, Nashville, Tennessee 37203, or as soon thereafter as the matter can be reached on the Court's calendar.

At such hearing, the Court will consider whether it should order enforcement of the administrative summons of the Internal Revenue Service. If the Respondent opposes judicial enforcement of such summons, he may appear at such hearing and present to the Court any cause why the summons should not be so enforced.

It hereby is ORDERED further that a copy of this order, together with the petition herein and exhibits attached thereto, be served on the Respondent at least thirty (30) days prior to the date assigned for the hearing.

It is further ORDERED within five (5) days of service of copies of this Order, the petition and exhibits, the Respondent shall file and serve a written response to the Petition supported by appropriate affidavits, as well as any motions, the Respondent desires to make. All motions and

issues raised by the pleadings will be considered on the return date of this Order. Any uncontested allegations in the petition shall be considered admitted.

Entered this _____ day of _____, 2025.

_____
United States District Judge